UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BENAVIDEZ,<br><br>    Plaintiff(s),<br><br>v.<br><br>MICHAEL J. ASTRUE,<br><br>    Defendant(s).<br>_____/ | No. C-13-00158 DMR<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff John Benavidez brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a final decision by Defendant Michael J. Astrue, the Commissioner of the Social Security Administration. Defendant filed an answer to the Complaint on May 6, 2013. In accordance with Local Rule 16-5, Plaintiff was to file a motion for summary judgment within 28 days of receipt of Defendant's answer. To date, Plaintiff has not filed a motion for summary judgment. Accordingly, by no later than August 16, 2013, Plaintiff is ordered to show cause why this action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Failure to respond by August 16, 2013 may result in the dismissal of this action.

IT IS SO ORDERED.

Dated: August 5, 2013

_____
DONNA M. RYU
United States Magistrate Judge