UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BENAVIDEZ, | No. C-13-00158 DMR |
| Plaintiff(s), | **SECOND ORDER TO SHOW CAUSE** |
| v. | |
| MICHAEL J. ASTRUE, | |
| Defendant(s). | |

Plaintiff John Benavidez brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a final decision by Defendant Michael J. Astrue, Commissioner of the Social Security Administration. On August 5, 2013, the court issued an order to show cause why this action should not be dismissed for failure to prosecute given Plaintiff's failure to file a motion for summary judgment pursuant to Local Rule 16-5. [Docket No. 17.] Plaintiff's response to the order to show cause was due by August 16, 2013. Plaintiff filed a motion for summary judgment on August 8, 2013, [Docket No. 18], but has not responded to the order to show cause.

Accordingly, by no later than **August 28, 2013**, Plaintiff shall show cause why he should not be sanctioned for failure to respond to the court's August 5, 2013 order.

IT IS SO ORDERED.

Dated: August 22, 2013

_____
DONNA M. RYU
United States Magistrate Judge